NO. CAAP-17-0000017

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THOMAS I. MCKNEW, IV, and LISA A. MCKNEW,
individually and as Trustees of the McKnew Family Trust
dated May 21, 2004, Judgment Creditors-Appellees/
Cross-Appellees,
v.
DAVID A. WILSON, Judgment Debtor-Appellant/Cross-Appellee,
and
HAWAIIAN ISLANDS REGIONAL CENTER LLC, and REGENCY NAMAKUA LLC,
Third-Party Witnesses-Appellees/Cross-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 13-1-0591)

ORDER APPROVING STIPULATION FOR
DISMISSAL OF APPEAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Fujise and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal with Prejudice, filed August 20, 2018, by Third-Party
Witnesses-Appellees/Cross-Appellants Hawaiian Islands Regional
Center LLC and Regency Namakua LLC, the papers in support, and
the record, it appears that (1) the appeal has been docketed; (2)
pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the
parties stipulate to dismiss the appeal with prejudice and bear
their own attorneys' fees and costs; and (3) the stipulation is
dated and signed by counsel for all parties appearing in the
appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to
dismiss the appeal with prejudice is approved, and the appeal is

dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, August 22, 2018.

Chief Judge

Associate Judge

Associate Judge